IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00467-LTB-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

11.    ALBERTO VIVIAN-TELLECHEA,
    a/k/a "Tubecho,"

    Defendant.

## ORDER DISMISSING COUNT ONE OF THE INDICTMENT

Upon the motion of the United States of America and for good cause shown, it is ORDERED that Count One of the Indictment as it relates to Alberto Vivian-Tellechea in the above-captioned case is hereby dismissed.

DATED this   14th   day of   July  , 2006.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                LEWIS T. BABCOCK, CHIEF JUDGE
                                UNITED STATES DISTRICT COURT
                                DISTRICT OF COLORADO